**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MISSISSIPPI TRANSPORTATION COMMISSION**            **PLAINTIFF**

**vs.**            **CIVIL ACTION NO. 4:07-cv-105 DPJ-JCS**

**JOHN RUSSELL DUDLEY, JR., MARY T. DUDLEY,
UNITED STATES OF AMERICA, ACTING THROUGH
THE DEPARTMENT OF AGRICULTURE AND THE
FARMERS HOME ADMINISTRATION, AND GEARY
McCUISTON, TRUSTEE FOR FARMERS HOME
ADMINISTRATION**            **DEFENDANTS**

## ORDER TO REMAND

This cause having come to be heard on the Joint Motion of Defendant, United States of America, and Plaintiff, by counsel, for an order remanding claims in the above entitled action to the Special Court of Eminent Domain, Kemper County, Mississippi, Civil Action No. 2007-CV-46-B, on the ground that the parties are in agreement that state law predominates in this case and that the removal action was based on inadvertence and incomplete information from its client agency,

IT IS ORDERED that the Joint Motion to Remand the above-entitled action to the Special Court of Eminent Domain, Kemper County, Mississippi, Civil Action No. 2007-CV-46-B is hereby GRANTED.

**SO ORDERED AND ADJUDGED** this the 4th day of September, 2007.

           s/ *Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE